UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

UNITED STATES OF AMERICA,      )
      )
v.      )      4:06-cr-4-CLC-SKL
      )
JERAME WATKINS      )

## MEMORANDUM AND ORDER

JERAME WATKINS ("Defendant") appeared for a hearing on August 17, 2017, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition and Amended Petition for a Warrant or Summons for an Offender Under Supervision ("Petitions"). Defendant was placed under oath and informed of his constitutional rights. Defendant waived his preliminary hearing, but requested a detention hearing and time to prepare for said detention hearing. Defendant was temporarily detained until his detention hearing.

At the detention hearing, U.S. Probation Officer Candace Lindsey testified regarding the factual allegations set forth in the Petitions and related matters. Both parties presented their respective arguments and/or proffers, which were fully considered by the Court.

Based upon the Petitions and Defendant's waiver of a preliminary hearing, the Court finds there is probable cause to believe Defendant has committed a violation of his conditions of supervised release as alleged in the Petitions.

As addressed in greater detail during the detention hearing, and pursuant to Fed. R. Crim. P. 32.1(a)(6), the Court finds Defendant has not carried his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community.

Accordingly, it is **ORDERED** that:

(1) Defendant shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending his revocation hearing before Judge Collier is **GRANTED**.

(3) The U.S. Marshal shall transport Defendant to a revocation hearing set **before District Judge Collier at 2:00 p.m. on Wednesday, September 6, 2017**.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE